# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Coffey, | No. CV-20-01352-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| AB Staffing Solutions LLC, | |
| Defendant. | |

At issue is the Parties' Joint Motion for Settlement Approval (Doc. 28). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Parties' Joint Motion for Settlement Approval (Doc. 28).

IT IS FURTHER ORDERED that this case is dismissed in its entirety with prejudice, and that each party is to bear their own fees and costs.

Dated this 15th day of July, 2021.

Honorable John J. Tuchi
United States District Judge